IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

BHUPENDRA PATEL, *et al.*,          §
                                    §
        Plaintiffs,                 §
                                    §
v.                                  §          Civil Action No. 3:12-CV-0400-N
                                    §
JANET NAPOLITANO, *et al.*,         §
                                    §
        Defendants.                 §

## FINAL JUDGMENT

By separate Order of this same date, the Court granted the summary judgement of Defendants Janet Napolitano, Secretary, Department of Homeland Security; Gregory Richardson, Director, Texas Service Center, United States Citizenship and Immigration Services; Gregory Collett, District Director, USCIS, Baltimore, Maryland; Alejandro Mayorkas, Director, USCIS; and Eric Holder, United States Attorney General (collectively, "USCIS") [doc. 28]. The Court accordingly orders that Plaintiffs Bhupendra Patel, Kalavati Patel, Trishna Patel, and Tilak Patel (collectively, the "Patels") take nothing by their claims against Defendants, and the Court dismisses those claims without prejudice. Court costs are taxed against the Patels. All relief not expressly granted is denied. This is a final judgment.

Signed March 28, 2014.

_David C. Godbey_
David C. Godbey
United States District Judge

ORDER – PAGE 1