# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

**Certified as a true copy and issued
as the mandate on Apr 22, 2015**

Attest: *Lyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

United States Court of Appeals
Fifth Circuit

**FILED**

February 11, 2015

Lyle W. Cayce
Clerk

———————————

No. 14-10493

———————————

D.C. Docket No. 3:12-CV-400

BHUPENDRA PATEL; TRISHNA PATEL; TILAK PATEL; KALAVATI
PATEL,

        Plaintiffs - Appellants

v.

JEH CHARLES JOHNSON, SECRETARY, DEPARTMENT OF
HOMELAND SECURITY; GREGORY RICHARDSON, Director, Texas
Service Center, U.S. Citizenship and Immigration Services; GREGORY
COLLETT, District Director, United States Citizenship and Immigration
Services, Baltimore, Maryland; ALEJANDRO MAYORKAS, Director, U.S.
Citizenship and Immigration Services; ERIC H. HOLDER, JR., U. S.
ATTORNEY GENERAL,

        Defendants - Appellees

Appeal from the United States District Court for the
Northern District of Texas, Dallas

Before REAVLEY, JONES, and ELROD, Circuit Judges.

### J U D G M E N T

This cause was considered on the record on appeal and was argued by
counsel.

It is ordered and adjudged that the judgment of the District Court is
affirmed.

IT IS FURTHER ORDERED that plaintiffs-appellants pay to
defendants-appellees the costs on appeal to be taxed by the Clerk of this
Court.